Zebedee MILBY, Plaintiff–Appellant,

v.

MANUFACTURERS & TRADERS TRUST COMPANY, a New York Corporation, Individually and Operating by and Through M & T Bank; Roslyn Elder, Individually and in Official Capacity as M & T Manager, Defendants–Appellees.

No. 15–1730.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 11, 2015.

Zebedee Milby, Appellant Pro Se.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zebedee Milby appeals the district court's order dismissing his 42 U.S.C.

§ 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Milby v. Mfrs. & Traders Tr. Co.*, No. 3:15–cv–00322–JAG (E.D.Va. June 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*